UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER F. HERINA,<br><br>  Petitioner,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Respondents. | No. 2:16-cv-2964-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel. This action was opened when he filed the first page of an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The "petition" is incomplete and is not signed. Petitioner also filed a document with the words "requesting dismissal" and a large "X" drawn across the page. It is not clear whether petitioner intends to proceed with an application for a writ of habeas corpus or if he wishes to abandon this action.

Regardless, petitioner has not properly commenced this action. To commence a civil action, a party is required to file a complaint or a petition. Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003). Moreover, Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a).

1  If petitioner wishes to abandon this action, he may file a notice of voluntary dismissal in
2  accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.  If, however, petitioner
3  wishes to challenge a judgment of conviction entered against him in state court, he must file an
4  application for a writ of habeas corpus using this court's form petition.  In addition, he must either
5  file an in forma pauperis affidavit or pay the required filing fee ($5.00).  *See* 28 U.S.C. §§
6  1914(a); 1915(a).  Until he submits a petition and either pays the filing fee or meets the
7  requirements of 28 U.S.C. § 1915(a), there is simply no case before the court.
8  Accordingly, it is hereby ORDERED that:
9  1. The Clerk of the Court shall send to petitioner the court's forms for application for writ
10  of habeas corpus and application for leave to proceed in forma pauperis.
11  2. Within 30 days of the date of this order, petitioner shall either pay the $5 filing fee or
12  submit a complete application for leave to proceed in forma pauperis.
13  3. Within 30 days of the date of this order, petitioner shall file a petition for writ of
14  habeas corpus.
15  4. Failure to comply with this order may result in this case being closed.
16  DATED:  January 17, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE