UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER F. HERINA,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Respondents. | No.  2:16-cv-2964-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel.  This action was opened when he filed the first page of an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  ECF No. 1.  On January 17, 2017, the court issued an order informing petitioner that he had not properly commenced this action.  ECF No. 6.  The order granted petitioner 30 days to either pay the $5 filing fee or submit a complete application for leave to proceed in forma pauperis, and file a signed and complete petition for writ of habeas corpus.  The time for acting has passed and all petitioner has submitted in response is a certified trust account statement.  ECF No. 7.  He did not file an affidavit in support of his application for leave to proceed in forma pauperis.  Nor did he file a petition for writ of habeas corpus.  Until petitioner submits a petition and either pays the filing fee or meets the requirements of 28 U.S.C. § 1915(a), there is simply no case before the court.  Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003).

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court shall send to petitioner the court's forms for application for writ of habeas corpus and application for leave to proceed in forma pauperis.

2. Within 30 days of the date of this order, petitioner shall either pay the $5 filing fee or submit a complete application for leave to proceed in forma pauperis.

3. Within 30 days of the date of this order, petitioner shall file a petition for writ of habeas corpus.

4. Failure to comply with this order may result in this case being closed.

DATED: February 23, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE